**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Clinton Bernard FRAZIER–EL,
Defendant–Appellant.**

No. 02–7025.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 11, 2002.

Clinton Bernard Frazier–El, Appellant Pro Se. Tarra R. DeShields–Minnis, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Clinton Bernard Frazier–El seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Frazier–El has not made a substantial showing of the denial of a constitutional right. *United States v. Frazier–El,* Nos. CR–96–469–WMN; CA–01–3412–HNM (D. Md. June 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*